UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW RAMON COCKBURN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1292** |
| **WILLIE MARTIN** | **SECTION "D" (2)** |

### ORDER

The Court, after considering the Complaint (R. Doc. 1), the record, the applicable law, the Magistrate Judge's Findings and Recommendation (R. Doc. 4), and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation,[1] hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS HEREBY ORDERED** that Matthew Ramon Cockburn's 42 U.S.C. § 1983 Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, July 14, 2023.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] Objections were due July 6, 2023. Noting that the Plaintiff is proceeding *pro se*, the Court has allowed extra time before adopting the R&R and dismissing the matter.